## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX MIGUEL VILLAFUERTE, **Petitioner,** | CIVIL ACTION |
| v. | |
| MARKWAYNE MULLIN, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, NEW YORK FIELD OFFICE, TODD BLANCHE, JAMIL L. JAMISON, WILLIAM K. MARSHALL III, **Respondents.** | NO.  26-4395 |

## O R D E R

**AND NOW**, this 9th day of July, 2026, upon consideration of Petitioner's Response in Support of Petition for Habeas (ECF No. 6),[1] it is hereby **ORDERED** that the Government shall respond in light of the new facts included in Petitioner's Response on or before **July 13, 2026.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.

---

[1] In consideration of the expediency of these issues, and that it is Petitioner's burden to prove facts entitling him to release, the Court urges Petitioner's counsel to exercise the requisite due diligence in her filings with this Court. *See Goins v. Brierley*, 464 F.2d 947, 949 (3d Cir. 1972). Respondents' delay in answering the Petition and their transfer of Petitioner was presumably based on Petitioner's counsel's failure to serve the Petition, as evidenced by a lack of certificate of service attached to the Petition. (ECF No. 1.) Additionally, Petitioner's counsel gives no reason as to why the circumstances surrounding Petitioner's entry into this country as a nonimmigrant Visitor for Pleasure in November 2017 were not included in the initial Habeas Petition, as these facts should have been available at the time the Petition was filed. (*See* ECF No. 6.)