**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FELIX MIGUEL VILLAFUERTE,**<br>**Petitioner,**<br><br>v.<br><br>**MARKWAYNE MULLIN, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, NEW YORK FIELD OFFICE, TODD BLANCHE, JAMIL L. JAMISON, WILLIAM K. MARSHALL III,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-4395** |

**O R D E R**

**AND NOW**, this 22nd day of July, 2026, upon consideration of Petitioner's failure to respond to this Court's order issued on July 16, 2026 (ECF No. 10), **IT IS ORDERED** that a status conference is **SCHEDULED** for **July 28, 2026, at 2:00 p.m.**, in Courtroom 17A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**