IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX MIGUEL VILLAFUERTE,** Petitioner, | **CIVIL ACTION** |
| v. | |
| **MARKWAYNE MULLIN, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, NEW YORK FIELD OFFICE, TODD BLANCHE, JAMIL L. JAMISON, WILLIAM K. MARSHALL III,** Respondents. | **NO.  26-4395** |

## O R D E R

**AND NOW**, this 29th day of July, 2026, for the reasons set forth on the record at the status conference with counsel held on July 28, 2026 at 2:00 p.m., **IT IS ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.